COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Name: __lewis_____ __Anthony_____ __CEASER_____
         (Last)                    (First)                  (Middle)

Prisoner Number: #BK1236112  #CA-7315737

Institutional Address: __Maple Correction Center 1300 Maple Street__
__Redwood City California 94063__

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

__Anthony CEAser lewis__
(Enter your full name.)

vs.  E.T.

__Google Inc. facebook INC__

__1 Hacker Wy, San Jose CA.__

__95110.__
(Enter the full name(s) of the defendant(s) in this action.)

Case No. __3:21-cv-09819-CRB__
(Leave blank; to be provided by Clerk of Court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C. § 1983

EVIDENTARY HEARING Requested

## I. Exhaustion of Administrative Remedies.

*Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement __Maple Correction Center 1300 Maple St.__
__Redwood City, California 94063__

B. Is there a grievance procedure in this institution?   YES ☒   NO ☐

C. If so, did you present the facts in your complaint for review through the grievance procedure?   YES ☒   NO ☐

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: __Consult Attorney, Outside of__
__facility__

COMPLAINT Page 1 of 4

2. First formal level: none

3. Second formal level: none

4. Third formal level: none

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ☒   NO ☐

F. If you did not present your claim for review through the grievance procedure, explain why.
OutSide the facility, the county Jail

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.
Anthony Ceaser Lewis, Maple correctional center 1300 Maple street Redwoody City, California 94063 BKNO1236112

B. For each defendant, provide full name, official position and place of employment.
google Inc - facebook INC, 1 Hacker Way san Jose California 95110.
Operaters, Controllers, Managers,

COMPLAINT Page 2 of 4

1  **III. Statement of Claim.**

2  State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If
3  you have more than one claim, each claim should be set forth in a separate numbered paragraph.

4  Petitioner, makes complaint THAT google violated
5  the United states Constitutional rights, Confidential
6  Act laws,            Constitution Laws
7
8  Petitioner, Now here Comes: Anthony Coaser lewis
9  #1236112, who is the Petitioner of 42, 1983 USC
10 civil right Complaint. Who is located in Maple
11 Corrections Center 1300 maple st, Redwood City,
12 94063. in the County of San Mateo, in the state
13 of California
14 please see Exhibit (A) Attached.
15

16 **IV. Relief.**

17 Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.
18
19 PLEASE, FIND UNCONSTITUTIONAL, please, placed
20 on world wide web, google.com, JUSTIA.com
21 confidential right, Violated, Must be transacted
22 to United States of America, Military Constitution
23
24 I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
25 Signed this 23 day of november, 20 21
26
27                                                    (Plaintiff's signature)
28                                           *Please continue to the next page.*

COMPLAINT *Page 3 of 4*

EXHIBIT A

PAGE 1

Petitioner, makes complaint that google violated the United States Constitution rights, confidential Acts.

Confident Act, Permission Petitioner,

NOW Here comes: Anthony Ceaser Lewis #1236112 who is the petitioner of #42, 1983 USC. civil complaints who is located in Maple correction center. 1300 Maple street. Redwood city, 94063. In the county of San Mateo, In the state of California,

. Petitioner, his constitution rights was violated by not aware of being placed on google inc. people rushed to my home by website facebook/google.com more than 8.000 people came to residence stateing that they found him on us.search.com App And And that this man has a crime showing that a man has done fraud they Demanded money!! they broke into windows of home, while eating Dinner! with children on video taken Live Action choppin people up with machete, psycological, Terror explaining the man I represent as Attorney is convicted of more than (10) molestations And criminal threat made chaseing people TXT/Location App.com Operator/ grid photographs App.com And tracking fitbit. App com that wifi world camera. App.com used, to hold people hostage He a serial killer A drug pusher, A rapist Hidden in House makeing Militia; to come to town Deal waiting saying to police, that He ok, I am legal U.S.

WATCHINGCOP KA BAND, intercom.com doing robberys THEN controlling THE STREET LITES App.COM TO SLOW TRAFFIC, NOT MOVING Machine guns FIREING rapeing killing THE TOWN OF Monterey, CALIFORNIA 93964 google maps Monterey, CALIFORNIA 93964; VIEWING SATillite, terrain, pictures of street Avenue B. All Mansions Bombed, RApEINg children Excution, THE All American people use police uniforms C4 bombs to explode on CELLphone Trees Attennia box by remote controll wifi.com All placed into homes, Mansions, useing www.streetview.com TO view bullets, gunshots, Houses blow up www MINI CAMERA videos .COM useing www Live satillite.com, www.photogrid.App EVEN checking people Homes out, WATCHINg children undressing to rob them www.internet CAMERA/scan.App.com placeing secret code Appear to google search.com EVEN barack ObAmA on phone express record LAND Movement even on ph# (831) 674-9922. THEN phone Turn off LOCKED THEN Appear wizard ip/file protect Lock..com no Access to 911 Because he Turned off THE phone, used fake facebook.com TAlking to children Looking at www how to remote controll cellphone camera.com stalking viewing Address books. And rapeing killing Confidentially. THE List of High school prostutes, Molested AIDS. positive, if no(15)guys rape your people wife, daughters. Names, Location gps, greenfield california, 93927, /youtube.com (proof) murder of Salinas 93901 CALIFORNIA. www.youtube/com/KSbW.COM showing 600 hundred murders A YEAR, in salinas no cell Access by google if turn off by not Confidential request first or permission.

Page 3

Greenfield ca. 93927, Made video, of War, invasion Listening to www. Radio FREQUANCY.COM. to Hear scanner, All the screams FCC broadcast on record. of CB radio broadcast.

To Add programming causeing the phone to be hacked or Returning the MERCHANTDICE, Refund, bu not your doing highteck crimes. LYNing in WAIT. RAPE, Murder.
Case, rules, Authority:
14th USC, const. Amendments:
5TH USC const Amendments 6Th, 7Th,
confidentail Act IV V, VII. Act.
CALIFORNIA CONSTITUTION AMENDMENT
#25, #26 #27, #28, #29, #30.


TRAVERSE:

To FIND CONSTITUTION OF UNITED STATES OF AMERICA HAS been VIOLATED by instructions, Please, place on google the web. So I VIEW IT THE Record
www.Justia.com
Confidential rights Violated By not Asking Permission through the device.